UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERIC MOSE | § | CIVIL ACTION NO. _____ |
| VERSUS | § | SECTION: _____ |
| INTERNATIONAL OFFSHORE SERVICES, L.L.C. | § | MAGISTRATE:_____ |
| | | ***Admiralty Rule (9)h*** |

**SEAMAN'S SUIT**

NOW INTO COURT, by and through undersigned counsel, comes plaintiff, ERIC MOSE, a person of the full age of majority, who respectfully avers the following, to wit:

1.

Plaintiff brings this cause of action pursuant to the General Maritime Law and the provisions of 46 U.S.C. §30104, commonly referred to as the Jones Act, and all statutes supplemental and amendatory thereto.

2.

Made defendants herein is INTERNATIONAL OFFSHORE SERVICES, L.L.C. (hereinafter INTERNATIONAL), hereinafter referred to as "IOS", a corporation engaged in the business of operating offshore vessels.

-1-

3.

On or about February 16, 2012, plaintiff, ERIC MOSE, was employed by the defendant, "IOS", as a deckhand/ engineer assigned to the M/V INT'L COURAGE.

4.

On or about February 16, 2012, the M/V INT'L COURAGE was owned, operated and/or controlled by the defendant, "IOS".

5.

On or about February 16, 2012, the INT'L COURAGE was working within Main Pass 299, located offshore Louisiana, in the Gulf of Mexico.

6.

On or about February 16, 2012, ERIC MOSE was in service of the vessel and furthering his employer's interests, when he slipped and fell on deck causing severe injuries to his back and neck.   Plaintiff was caused to fall by a slippery substance on deck which apparently leaked through a cross-threaded plug in a fuel drain pan.

7.

A cause of this accident was the fault and/or negligence attributable to the defendant in the following non-exclusive respects:

    a.      failing to provide the plaintiff with a safe place to work;

    b.      failing to maintain the vessel in a safe and proper condition, viz., failing to replace the cross-threaded plug which failed to prevent the slippery substances from getting on deck; and,

    c.    other negligent acts and/or omissions to be shown at the trial of this action.

8.

A proximate cause of this accident herein was the unseaworthiness of the M/V INT'L COURAGE, and its appurtenances, including but not limited to the aforementioned slippery substances on deck from the leaking cross threaded plug on the fuel drain pan.

9.

This accident occurred while plaintiff was in the service of the vessel entitling him to receive maintenance and cure benefits.   In accordance with the precedents of the Court and plaintiff's relevant personal expenses, plaintiff demands $40.00 a day in maintenance.   To the extent that defendant arbitrarily and/or capriciously fails to pay these benefits, or fails to pay these benefits in the proper amount, plaintiff seeks punitive damages and attorneys fees.

10.

As a result of the above and foregoing negligent acts and/or omissions, plaintiff, ERIC MOSE, suffered severe and disabling physical and mental injuries and seeks monetary damages for the following:

    a.    Past and future loss of wages and benefits;

    b.    Impairment of future earning capacity;

    c.    Physical pain and suffering;

    d.    Mental and emotional pain and suffering;

    e.    Past and future medical expenses;

    f.    Loss of enjoyment of life;

    g.    Additional damages to be shown at the trial of this action.

11.

Plaintiff was not at fault in causing this incident or the resulting damages.

WHEREFORE, plaintiff, ERIC MOSE, prays for judgement herein and against defendant, INTERNATIONAL OFFSHORE SERVICES, L.L.C. and that defendant be duly cited and served with a copy of this Seaman's Suit, that they be cited to appear and answer same within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of plaintiff, ERIC MOSE, and against defendant herein, INTERNATIONAL OFFSHORE SERVICES, L.L.C. in the total sum of TWO MILLION ($2,000,000.00) DOLLARS, plus interest from the date of accident until paid, all costs of these proceedings, and for all other general, equitable maritime relief.

Respectfully submitted:

STRAUSS & KING, APLC

*/s/ Berney L. Strauss*
Berney L. Strauss #12527
Rhett E. King #23811
406 Magazine Street, Suite 300
New Orleans, Louisiana 70130
504-523-0033 (telephone)
504-523-0109 (facsimile)
rhettking@straussandking.com