UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERIC MOSE | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 12-CV-1120 |
| | * | |
| INTERNATIONAL OFFSHORE SERVICES, LLC | * | SECTION "F" |
| | * | |
| | * | MAG. WILKINSON |

\* \* \* \* \* \* \*

## JOINT MOTION TO DISMISS WITH PREJUDICE

On joint motion of all parties to this litigation and on suggesting to the Court that this entire matter has been settled and compromised, inclusive of the main demand and counterclaim, and that the parties hereto desire dismissal of the above entitled action, with prejudice, each party to bear its own costs.

Respectfully submitted,

STRAUSS & KING, APLC                                       LUGENBUHL, WHEATON, PECK,
                                                                                     RANKIN & HUBBARD

 /s/ Berney L. Strauss                                              /s/ Stanley J. Cohn
BERNEY L. STRAUSS (#12527)                        SCOTT R. WHEATON, JR. (# 13395)
RHETT E. KING (#23811)                                   STANLEY J. COHN (# 04238)
406 Magazine Street, Suite 300                          Suite 2775 Pan-American Life Center
New Orleans, LA 70130                                       601 Poydras Street
Telephone: (504) 523-0033                                 New Orleans, LA 70130
Facsimile: (504) 523-0109                                   Telephone: (504) 568-1990
*Attorneys for Eric Mose*                                    Facsimile: (504) 310-9195
                                                                             *Attorneys for International Offshore
                                                                                  Services, LLC*