UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERIC MOSE | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 12-CV-1120 |
| | * | |
| INTERNATIONAL OFFSHORE | * | SECTION "F" |
| SERVICES, LLC | * | |
| | * | MAG. WILKINSON |
| *   *   *   *   *   *   * | | |

## <u>ORDER</u>

Considering the foregoing Joint Motion to Dismiss,

IT IS ORDERED, ADJUDGED AND DECREED that the above entitled action be and it is hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __15th__ day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE